No. 712. GRECO v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *John D. Roeder* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 650. SHERMAN v. HAMILTON, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 1st Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Allan R. Rosenberg* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for respondent.

No. 688. DAVIS v. LOUISVILLE & NASHVILLE RAILROAD Co. ET AL. Appellate Court of Indiana. Certiorari denied. MR. JUSTICE BLACK is of the opinion that certiorari should be granted. *Russell S. Armstrong* and *John D. Clouse* for petitioner. *William T. Fitzgerald, William L. Grubbs, Joe S. Hatfield* and *Charles H. Sparrenberger* for respondents.

No. 4, Misc. BEVELHYMER v. HAND, WARDEN. Supreme Court of Kansas. Certiorari denied. Petitioner *pro se*. *John Anderson, Jr.,* Attorney General of Kansas, and *J. Richard Foth,* Assistant Attorney General, for respondent.

No. 11, Misc. YOWELL v. HAND, WARDEN. Supreme Court of Kansas. Certiorari denied. Petitioner *pro se*. *William M. Ferguson,* Attorney General of Kansas, and *Charles N. Henson, Jr.* and *J. Richard Foth,* Assistant Attorneys General, for respondent.